1  McGREGOR W. SCOTT
   United States Attorney
2  JEREMIE A. ARTHUR
   Special Assistant U.S. Attorney
3  PROSECUTION UNIT
   1 S. Rosamond Blvd.
4  Edwards, California 93523
   Telephone (661) 277-8120
5
6
7           IN THE UNITED STATES DISTRICT COURT FOR THE
8                  EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,    )   CASE No. 5: 05-MJ-00097 TAG
                                )
11         Plaintiff,            )   MOTION AND ORDER FOR
                                )   DISMISSAL OF INFORMATION
12 v.                            )
                                )
13 GLORIA J. CHAPLINSKI,         )
          Defendant.             )
14 _____           )
                                )
15                              )

16
   The United States Attorney's Office, pursuant to Rule 48(a) of the
17
   Federal Rules of Criminal Procedure, dismissal by the Government,
18
   hereby moves to dismiss the Information against Gloria J.
19
   Chaplinski, without prejudice, in the interest of justice.
20

21
                                    Respectfully submitted,
22
                                    McGREGOR W. SCOTT
23                                  United States Attorney

24
   DATED: 1/10/06
25                              By  _____
                                    JEREMIE A. ARTHUR
26                                  Special Assistant U.S. Attorney

27

28

## ORDER

1  IT IS HEREBY ORDERED that the information against Gloria J.
2  Chaplinski, Case No. 5: 05-MJ-00097 TAG, be dismissed, without
3  prejudice, in the interest of justice.
4
5  DATED: January 11, 2006      *[signature]*
6                                Theresa A. Goldner
                                 United States Magistrate Judge
7

2